NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEW YORK UNIVERSITY,**
*Appellant*

**v.**

**RESMED, INC.,**
*Appellee*

---

2024-1433, 2024-1434, 2024-1437, 2024-1438, 2024-1439,
2024-1440, 2024-1442

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00988, IPR2022-00989, IPR2022-00990, IPR2022-00991, IPR2022-00992, IPR2022-00993, IPR2022-00994.

---

**JUDGMENT**

---

ROBERT J. GAJARSA, Devlin Law Firm LLC, Wilmington, DE, argued for appellant. Also represented by MICHAEL A. SIEM, CEDRIC TAN.

LISA K. NGUYEN, Paul Hastings LLP, Palo Alto, CA, argued for appellee. Also represented by ERIC E. LANCASTER; KAMILAH ALEXANDER, San Diego, CA; ALAN BILLHARZ,

DAVID M. TENNANT, Washington, DC; GRACE WANG, New York, NY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, STOLL, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 8, 2025
Date

Jarrett B. Perlow
Clerk of Court